**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NORTH POINTE INS. CO.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 10-00537-KD-N** |
| | ) | |
| **G&K ALUMINUM, INC.,** *et al.*, | ) | |
| **Defendants.** | ) | |

**ORDER**

This matter is before the Court on the Plaintiff's "Voluntary Dismissal of All Defendants." (Doc. 20). Plaintiff seeks to voluntarily dismiss, with prejudice, all of its claims and causes of action against the (remaining) Defendants:[1] G&K Aluminum, Inc., Island Tower Owners Association, Inc., and Trustmark South of Alabama, Inc. As grounds, Plaintiff states that the parties have resolved all of the disputes through alternative dispute resolution.

The Court construes the filing as a Notice of Voluntary Dismissal with prejudice pursuant to Rule 41(a)(2) because one of the Defendants (Island Tower Owners Association, Inc.) has filed an Answer (Doc. 6) and the filing is not signed by all parties who have appeared in this case.

Accordingly, it is **ORDERED** that all of the Plaintiff's claims and causes of action against the remaining Defendants G&K Aluminum, Inc., Island Tower Owners Association, Inc., and Trustmark South of Alabama, Inc., are **DISMISSED with prejudice.**

Each party shall bear its own costs.

**DONE** and **ORDERED** this the **1**[st] day of **April 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

1 Defendant Tower Ventures, LLC was dismissed with prejudice on January 21, 2011. (Doc. 17).